# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

143619

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ALI HASSAN SAREINI,
        Plaintiff-Appellant,

v

PAROLE BOARD,
        Defendant-Appellee.

SC: 143619
COA: 302100

_____/

       On order of the Court, the application for leave to appeal the August 11, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

y1114

Clerk